**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071**

**Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net**

**Attorneys for Plaintiff
J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>ROBERTO CASIMIRO VALMONTE, ET AL., <br><br>Defendants. | Case No. CV 10-5503-SBA <br><br>**ORDER  GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

## **ORDER**

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

ORDER (Proposed) GRANTING PLAINTIFF'S
 *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING
 TIME TO COMPLETE SERVICE
PAGE 1

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendant Roberto Casimiro Valmonte, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

_____          Date: 4/6/11
**Honorable Saundra Brown Armstrong**
**United States District Court Judge**
**Northern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

ORDER (Proposed) GRANTING PLAINTIFF'S
*EX-PARTE* APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 5, 2011 I served:

**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Roberto Casimiro Valmonte (Defendant)
3 Saint Francis Square
Daly City, CA94015

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 5, 2011 at South Pasadena, California.

Dated: April 5, 2011                              */s/ Maria Baird*
                                                  **MARIA BAIRD**

**ORDER (Proposed) GRANTING PLAINTIFF'S**
*EX-PARTE* **APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 3**